IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF THE SEARCH OF :

42 S. Monmouth Street : CASE NO. 3:15-MJ-349
Dayton, OH 45403
Including all Outbuildings and Curtilage

ORDER SEALING APPLICATION, SEARCH WARRANT,
SUPPORTING AFFIDAVIT AND RETURN

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Application, Supporting Affidavit, Search Warrant and Return for captioned Search Warrant be sealed and kept from public inspection.

_9-28-15_
DATE

SHARON L. OVINGTON
UNITED STATES MAGISTRATE JUDGE